STEPHEN A. KELLY et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 42252.) — REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.